IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-MJ-22 |
| | ) | |
| KEARA COPELAND, | ) | Court Date: January 27, 2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class B Misdemeanor – E1425234)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 26, 2024, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KEARA COPELAND, did unlawfully display a license plate that she knew to be currently issued for another vehicle.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-612.)

Count II (Class C Misdemeanor – E1425236)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about November 26, 2024, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KEARA COPELAND, did unlawfully operate a motor vehicle which was uninsured and knew that said motor vehicle was uninsured.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-707.)

        Respectfully submitted,
        Erik S. Siebert
        United States Attorney

By:         /s/
        Alex Amico
        Special Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: 703-299-3902
        Fax: 703-299-3980
        Email: alexander.amico@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 21, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Alex Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov